1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TIMOTHY WAYNE PERRY, JR.,                    No.  2:16-cv-0141 KJN P

12                    Petitioner,

13           v.                                     ORDER

14    A. SOTO,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  Petitioner consented to proceed before the undersigned for all

20    purposes.  See 28 U.S.C. § 636(c).

21         Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford

22    the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See

23    28 U.S.C. § 1915(a).

24         The court's records reveal that petitioner has previously filed an application for a writ of

25    habeas corpus attacking the 2007 conviction and sentence challenged in this case.  Perry v.

26    Hedgpeth, Case No. 2:10-cv-0875 JKS (E.D. Cal.).  The previous application was filed on March

27    5, 2010, and was denied on the merits on August 5, 2011.  Before petitioner can proceed with the

28    instant application, he must move in the United States Court of Appeals for the Ninth Circuit for

1   an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).

2   Therefore, petitioner's application must be dismissed without prejudice to its re-filing upon

3   obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

4         In accordance with the above, IT IS HEREBY ORDERED that:

5       1.  Petitioner's application to proceed in forma pauperis (ECF No. 2) is granted; and

6       2.  This action is dismissed without prejudice.

7   Dated:  March 1, 2016

8

9                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

10

11   /perr0141.succ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2